**Order filed, March 24, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
————————

### NO. 01-15-00153-CV

### HALIMA M. MAMO, A/K/A OHALIMA M. MAMO, Appellant

### V.

### FIRST COLONY COMMUNITY ASSOCIATION, INC., Appellee

---

### On Appeal from the 240th District Court
### Fort Bend County, Texas
### Trial Court Case 09-DCV-171891

---

### ORDER

The reporter's record in this case was due March 16. 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Liz Wittu, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.


/s/Evelyn Keyes
   Acting individually